## IN THE SUPREME COURT OF PENNSYLVANIA
## MIDDLE DISTRICT

| | |
|---|---|
| JAMES G. WAITE | : No. 295 MAL 2017 |
| | : |
| v. | : Petition for Allowance of Appeal from the Order of the Superior Court |
| | : |
| CDG PROPERTIES, LLC | : |
| | : |
| v. | : |
| | : |
| LEZZER HOLDINGS, INC., GRANDVIEW MANAGEMENT, INC. AND BURNHAM FARMS, LP., STONE VALLEY CONSTRUCTION, INC., AND COUNTRY COVE CONDOMINIUM ASSOCIATION | : |
| | : |
| PETITION OF: GRANDVIEW MANAGEMENT, INC. AND BURNHAM FARMS, LP. | : |

## ORDER

**PER CURIAM**

    **AND NOW**, this 17th day of October, 2017, the Petition for Allowance of Appeal is **DENIED**.